**United States Bankruptcy Court**
**WESTERN DISTRICT OF TENNESSEE**
**CHAPTER 13**

In Re:  CHARLES CRAIG RANDLES, JR.                                                     Chapter 13

Debtor(s)

DEBTOR(S):   (H)  Charles Craig Randles, Jr.                                    S.S.#  xxx-xx-9142

                       (W)                                                                                 S.S.#  xxx-xx-xxxx

ADDRESS:    1505 Century Arbor Lane # 107

                       Memphis, TN 38134

PLAN PAYMENT:  Debtor(s) to pay   **$250.00**                                **Semi-Monthly**

              PAYROLL DEDUCTION(X)  OR DIRECT( )          BECAUSE:

EMPLOYER:   Medline Industries, Inc.

                        One Medline Place

                        Mundelein, IL 60060

ADMINISTRATIVE:  Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY
PLAN PAYMENT

AUTO INSURANCE:   (  X  ) Not included in Plan (      ) Included in Plan
CHILD SUPPORT:   Future support through Plan to : _____ .
                 Child support arrearage amount _____

CLASS 1-LEASE-CPAC-ASSUME                                                               -CURRENT
CLASS 1-LEASE-Arbors of Century-ASSUME                                       -CURRENT

HOME MORTGAGE:   If no arrearage, ongoing payments are to be made directly by the debtor(s).

_____           Ongoing pmt. begins : _____        2015   $ _____

                Approx. arrearage _____             Interest ____ %      $ _____

SECURED CREDITORS:  Adequate protection payment will be 1/4 (25%) of proposed creditor monthly payment.
(retain lien 11 U.S.C. §1325(a)(5))            VALUE OF              RATE OF           MONTHLY
                                                COLLATERAL           INTEREST         PLAN PAYMENT

Internal Revenue Service                        $ 2,100.00            4.0   %          $40.00

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General Unsecured creditors will receive TBD%
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:         $ 79,150.15
TERMINATION:  Plan shall terminate upon payment of the above, approximately 60 months.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED
ACCEPTANCE OF PLAN.